# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN REZNICKCHECK, : Civil No. 3:18-cv-93
:
Petitioner : (Judge Mariani)
:
v. :
:
PA BOARD OF PROBATION AND :
PAROLE, *et al.*, :
:
Respondents :

## ORDER

**AND NOW**, this 24th day of October, 2019, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Memorandum issued this date,

**IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealabilty. See 28 U.S.C. § 2253(c)(1)(A).

Robert D. Mariani
United States District Judge